U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA BUGAI,

      Plaintiff,

v                                                                Case No. : 1:24-cv-00712-HYJ-SJB

WAL-MART STORES EAST, LP,                    Hon. Hala Y. Jarbou
d/b/a WALMART SUPERCENTER #2338,

      Defendant.

## MEDIATION STATUS REPORT

**The mediator must submit this report to the Case Management Office within 7 days of completing mediation.**

1. Mediation was completed on April 25, 2025 or partially completed on _____.

2. The participants were:

Todd J. Stearn_____ on behalf of  Plaintiff_____

Nicole M. Wright_____ on behalf of  Defendant_____

 _x_ a. mediated and settled. Final documents will be filed with the court within 21 days of filing this report.

 __ b. mediated, further alternative dispute resolution proceedings __ are _x_ are not contemplated.

 __ c. set for another session on _____. Mediator will file Status Report after each session.

 __ d. mediated without resolution. This case shall be set for trial.

 __ e. deemed inappropriate for mediation.

 __ f. not mediated because:

 __ Settled prior. Parties to prepare and submit appropriate documents to conclude the case.

 __ Unable to contact __Plaintiff __Defendant __Other:_____

 __ Mediation refused by __Plaintiff __Defendant __Other:_____

 __ Other reason: _____

Date:   4/28/2025

/s/ Matthew J. Coffey_____
Signature

Matthew J. Coffey_____
Mediator name